1  THOMAS P. O'BIREN
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   CURTIS A. KIN (No. 187106)
4  Assistant United States Attorney
   Chief, Domestic Security & Immigration Crimes Section
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-6772
7       Facsimile: (213) 894-6269
        E-mail: Curtis.Kin@usdoj.gov
8
   Attorneys for Respondent
9  United States of America

10

11                    UNITED STATES DISTRICT COURT

12              FOR THE CENTRAL DISTRICT OF CALIFORNIA

13  UNITED STATES OF AMERICA,    ) No. CR 08-210-VBF
                                 )
14           Plaintiff,          )
                                 ) ORDER PERMITTING LATE FILING OF
15       v.                      ) GOVERNMENT'S MOTION TO ADMIT
                                 ) RULE 404(b) EVIDENCE
16  DWAYNE A. KELLUM,            )
                                 )
17           Defendant.          )
                                 )
18

19      FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the

20  government may file its motion to admit evidence pursuant to Fed.

21  R Evid. 404(b) two days after the previously ordered filing date,

22  i.e., March 26, 2008.  Defendant Dwayne A. Kellum shall file his

23  opposition to the motion by no later than April 9, 2008.

24  Dated: March 26, 2008

25                                    /s/ Valerie Baker Fairbank
                                      _____
26                                    HON. VALERIE BAKER FAIRBANK
                                      United States District Judge
27

28